**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Gwendolyn Rivers, Debtor**              **Case No. 23-01092-JAW**
                                                                                       **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   /s/ Gwendolyn Rivers_____          06-02-2026___
          Gwendolyn Rivers                                Date


          /s/ Thomas C. Rollins, Jr._____        06-02-2026___
          Thomas C. Rollins, Jr., MS Bar No. 103469        Date
          Attorney for the Debtor
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                              Gulfport Divisional Office:
Danny L. Miller, Clerk                       Danny L. Miller, Clerk
United States Bankruptcy Court               United States Bankruptcy Court
Thad Cochran US Courthouse                   Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                    2012 15th St, Suite 244
Jackson, MS 39201                            Gulfport, MS 39501


**CERTIFICATE OF SERVICE**

On June 2, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr._____
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

GWENDOLYN RIVERS

CASE NO: 23-01092

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/2/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

GWENDOLYN RIVERS

CASE NO: 23-01092

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/2/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-01092
SOUTHERN DISTRICT OF MISSISSIPPI
TUE JUN 2 12-38-43 PST 2026

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON MS 39201-5036

1ST FRANKLIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 880
TOCCOA GA 30577-0880

ALLIANT CAPITAL
1000 N WEST
STE 1200
WILMINGTON DE 19801-1058

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO IL 60604-2863

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMMUNITY CHOICE FINAN
310 COURT SQ
LEXINGTON MS 39095-3636

CREDIT ONE BANK
ATTN BANKRUPTCY
PO BOX 98873
LAS VEGAS NV 89193-8873

DAISY B SMITH
PO BOX 519
TCHULA MS 39169-0519

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

EXCLUDE

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(D)(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FIRST TOWER LOAN LLC
PO BOX 320001
FLOWOOD MS 39232-0001

FREEDOMPLUS
ATTN BANKRUPTCY
PO BOX 2340
PHOENIX AZ 85002-2340

GREENWOOD LEFLORE HOSP
PO BOX 101928
DEPT 1984
BIRMINGHAM AL 35210-6928

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MADISON TRUST FINANCIA
PO BOX 203
BATESLAND SD 57716-0203

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MONEY KEY
3422 OLD CAPITOL TRAIL
STE 1613
WILMINGTON DE 19808-6124

PLAZA SERVICES LLC
PO BOX 1931
BURLINGAME CA 94011-1931

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

QUICK CASH
349 HWY 82 W
GREENWOOD MS 38930-6538

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

DEBTOR

GWENDOLYN RIVERS
530 HENRY DAVIS RD
TCHULA  MS 39169-4525

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~