United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 23-01092-JAW

Gwendolyn Rivers                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                          Page 1 of 2

Date Rcvd: Jun 29, 2026                       Form ID: 3180W                         Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gwendolyn Rivers, 530 Henry Davis Rd, Tchula, MS 39169-4525 |
| 5230473 | + | Alliant Capital, 1000 N West, Ste 1200, Wilmington, DE 19801-1058 |
| 5230478 | + | Daisy B. Smith, P.O. Box 519, Tchula, MS 39169-0519 |
| 5230484 | + | Greenwood Leflore Hosp, P.O. Box 101928, Dept 1984, Birmingham, AL 35210-6928 |
| 5230485 | + | Madison Trust Financia, P.O. Box 203, Batesland, SD 57716-0203 |
| 5230489 | + | Quick Cash, 349 Hwy 82 W, Greenwood, MS 38930-6538 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5230472 | + | Email/Text: bankruptcy@1ffc.com | Jun 29 2026 20:03:00 | 1st Franklin Financial, Attn: Bankruptcy, Po Box 880, Toccoa, GA 30577-0880 |
| 5230474 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 29 2026 20:03:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5230475 | + | EDI: CITICORP | Jun 30 2026 00:01:00 | Citibank, Po Box 790034, St Louis, MO 63179-0034 |
| 5247129 | | EDI: CITICORP | Jun 30 2026 00:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5230476 | + | Email/Text: bkinfo@ccfi.com | Jun 29 2026 20:03:00 | Community Choice Finan, 310 Court Sq, Lexington, MS 39095-3636 |
| 5230477 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2026 20:07:49 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5230479 | | Email/Text: BNSFN@capitalsvcs.com | Jun 29 2026 20:03:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5230482 | | Email/Text: BNSFS@capitalsvcs.com | Jun 29 2026 20:03:00 | First Savings Bank, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 5230481 | | Email/Text: BNSFS@capitalsvcs.com | Jun 29 2026 20:03:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5230480 | + | EDI: AMINFOFP.COM | Jun 30 2026 00:01:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5255690 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 29 2026 20:03:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5230483 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 29 2026 20:02:00 | FreedomPlus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002-2340 |
| 5245048 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2026 20:07:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5230486 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 29 2026 20:03:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5230488 | | EDI: MSDOR | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 3180W | Total Noticed: 28 |

| | | Jun 30 2026 00:01:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
|---|---|---|---|
| 5230487 | + Email/Text: bankruptcy@moneykey.com | Jun 29 2026 20:03:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5236714 | + EDI: LCIFULLSRV | Jun 30 2026 00:01:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5255079 | + EDI: JEFFERSONCAP.COM | Jun 30 2026 00:01:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5230490 | Email/Text: bankruptcy@republicfinance.com | Jun 29 2026 20:03:00 | Republic Finance, 508 W Park Ave, Greenwood, MS 38930 |
| 5254276 | Email/Text: bankruptcy@republicfinance.com | Jun 29 2026 20:03:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5230491 | + Email/Text: Tracey@sra-inc.net | Jun 29 2026 20:03:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5230492 | Email/Text: bankruptcycourt@towerloan.com | Jun 29 2026 20:03:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Gwendolyn Rivers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | | |
|---|---|---|---|
| ***Information to identify the case:*** | | | |
| Debtor 1 | **Gwendolyn Rivers** | Social Security number or ITIN | **xxx–xx–4393** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **23–01092–JAW** | | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    **Gwendolyn Rivers**

Dated: <u>6/29/26</u>

**By the court:**    <u>/s/Jamie A. Wilson</u>
                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                      **Chapter 13 Discharge**                                      page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2