**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Gwendolyn Rivers**
**, Debtor**

**Case No. 23-01092-JAW**
**CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,230.00 | $23.31 | $2,253.31 | 18 | 07/18/2023 |
| $965.00 | $34.80 | $999.80 | 27 | 10/24/2023 |
| $725.00 | $20.28 | $745.28 | n/a | n/a |
| $3,920.00 | $78.39 | $3,998.39 | | |

# INVOICE

Invoice # 4926
Date: 06/22/2023
Due On: 07/22/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Gwendolyn Rivers
530 H Davis
Tchula, MS 39169

## 04684-Rivers Gwendolyn

## Ch 13 hourly - Gwendolyn

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 01/12/2023 | Review Credit Report and select debts to include/exclude | 0.20 | $350.00 | $70.00 |
| Service | PL | 01/31/2023 | In person conference, gathering and collection General Info packet, pay stubs, ss card, tax returns and loan documents. | 0.50 | $100.00 | $50.00 |
| Service | JAC | 02/01/2023 | Review initial documents submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | JC | 02/06/2023 | Telephone call from debtor regarding two debts she does not know what they are; drafted memo to PL regarding same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 02/16/2023 | Review additional documents submitted by client | 0.20 | $350.00 | $70.00 |
| Service | PL | 03/07/2023 | Email correspondence with client regarding bank statements. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/13/2023 | Prepare Matrix | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/13/2023 | Import debts fro credit report, add debts from GIP, prepare petition, schedules, statements, SOFA, MT, Calculate plan payment | 0.80 | $350.00 | $280.00 |
| Service | JAC | 03/15/2023 | Draft email to debtor with bankruptcy options: Input Case | 0.10 | $350.00 | $35.00 |
| Service | PL | 03/17/2023 | Phone conference with client regarding and update in case and options. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | PL | 03/20/2023 | Draft Email regarding Credit counseling course. | 0.10 | $100.00 | $10.00 |
| Service | PL | 03/22/2023 | Phone correspondence with client regarding bankruptcy options and case follow up. | 0.10 | $100.00 | $10.00 |
| Service | PL | 03/30/2023 | Email correspondence with client collecting March bank statements. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/31/2023 | Telephone call from debtor regarding paying to start bankruptcy | 0.10 | $150.00 | $15.00 |
| Service | PL | 04/03/2023 | Phone correspondence with client regarding last pay and employment shut down. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/05/2023 | Contact Debtor: Telephone conference with debtor about setting up a payment plan towards her balance. Drafted email memo to BM and GM re:payments | 0.10 | $150.00 | $15.00 |
| Service | PL | 04/14/2023 | Phone correspondence with client, regarding pay and employment lay off. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/27/2023 | Review updated docs submitted by debtor to move forward with filing. Missing April, March, 2022 taxes | 0.40 | $350.00 | $140.00 |
| Service | PL | 04/28/2023 | Email correspondence with client regarding missing paystubs and bank statements. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/02/2023 | Review missing documents submitted by debtor | 0.40 | $350.00 | $140.00 |
| Service | JAC | 05/03/2023 | Input Case - update MT for May signing. Recalculate plan pmt | 0.30 | $350.00 | $105.00 |
| Service | KR | 05/04/2023 | Contact Debtor: Telephone conference with debtor about the plan payments for 3 years | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/08/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/08/2023 | Conference w/ client to review and sign initial papers | 0.70 | $350.00 | $245.00 |
| Service | KR | 05/09/2023 | Contact Debtor: Drafted text to debtor with their chapter 13 case number | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/09/2023 | Contact Debtor: Drafted email to debtor with information on her chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/09/2023 | Drafted Stop Garnishment Letter to Quick Cash | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/10/2023 | Drafted refund garnishment letter to Quick Cash requesting refund for the garnishment prior to the 90 days of filing | 0.20 | $150.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 05/11/2023 | Review: 23-01092-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | YM | 05/11/2023 | Contact Debtor: Drafted email with 341 notice and a list of possible questions from Trustee | 0.20 | $100.00 | $20.00 |
| Service | KR | 05/11/2023 | Telephone conference with debtor wanting to know who to mail her payment to for her bankruptcy. Provided information. Drafted email to debtor with the Trustee information per her request | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/11/2023 | Review email from debtor: Reviewed email from debtor with her 2nd credit counseling course certificate. Drafted email to debtor letting her know that she does not need to do anything on her end | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/12/2023 | Review: 23-01092-JAW Personal Financial Management Course (Certificate) Document# 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Review: 23-01092-JAW Order Upon Employer Directing Deductions from Pay Document #10 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/12/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Expense | YM | 05/12/2023 | Reimbursable expenses: GWENDOLYN RIVERS, 23-01092-JAW<br>Certificate of Service<br>Total Expense: $23.31 | 1.00 | $23.31 | $23.31 |
| Service | JC | 05/12/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/16/2023 | Review: Proof of Claim 23-01092-JAW CashNetUSA Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/17/2023 | Review and organize documents provided by debtor: Reviewed and organized bank statements, ID, taxes and pay for the Trustee. Uploaded to the Trustee website all documents for the meeting of creditors | 0.50 | $150.00 | $75.00 |
| Service | KR | 05/17/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted Certificate of Compliance - Payment Advices Filed with Trustee. Uploaded and filed with the court | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/23/2023 | Review: Proof of Claim 23-01092-JAW MS Dept of Revenue Document # 2 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/29/2023 | Review email from debtor: Reviewed email from debtor with her May bank statement; drafted email to debtor letting her know we not longer need her to send in | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/31/2023 | Telephone call from debtor regarding garnishment of her paycheck | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/31/2023 | Contact Debtor: Telephone conference with debtor letting us know they did stop the garnishment on her check for Quick Cash but wanted to know if the refund will be issued from Quick Cash or from her employer. She knew we mailed a letter requesting the refund. Told her since the letter was mailed less than two weeks to give them a month or so to hear back. | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/02/2023 | Review: Proof of Claim 23-01092-JAW Plaza Services, LLC Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/06/2023 | Contact Debtor: Telephone conference with debtor; wanted us to know that she is overnighting her payment to the Trustee tomorrow. She is still waiting on the garnishment refund. | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/13/2023 | Telephone call from debtor to obtain the call-in information for the meeting of creditors; drafted text sending same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/13/2023 | Attend Ch 13 Meeting of Creditors | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/21/2023 | Review: Proof of Claim 23-01092-JAW LVNV Funding, LLC Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/22/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.0 | $350.00 | $1,050.00 |
| Thomas Rollins | Attorney | 1.7 | $350.00 | $595.00 |
| Jacki Curry | Non-Attorney | 0.8 | $150.00 | $120.00 |
| Porcia Lewis | Non-Attorney | 1.3 | $100.00 | $130.00 |
| Yvette Miller | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 2.1 | $150.00 | $315.00 |
| | | | **Total** | **$2,253.31** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4926 | 07/22/2023 | $2,253.31 | $0.00 | $2,253.31 |
| | | | **Outstanding Balance** | **$2,253.31** |
| | | | **Total Amount Outstanding** | **$2,253.31** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

# INVOICE

Invoice # 5498
Date: 10/23/2023
Due On: 11/22/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Gwendolyn Rivers
530 H Davis
Tchula, MS 39169

### 04684-Rivers Gwendolyn

### Ch 13 hourly - Gwendolyn

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 06/22/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BI | 06/22/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $34.80 | $34.80 |
| Service | TR | 06/22/2023 | Review COS and file Fee Application w/ Court | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-01092-JAW Citibank, N.A. Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/28/2023 | Contact Debtor: Telephone conference with debtor about her garnishment refund from Quick Cash. | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/28/2023 | Drafted email memo to TR re: garnishment refund for the 90 pre-petition | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/30/2023 | Review email from Attorney: Reviewed email memo from TR re: 90 day garnishment refund. | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/14/2023 | Review: Proof of Claim 23-01092-JAW Republic Finance, LLC Document # 6 | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/14/2023 | Review: Proof of Claim 23-01092-JAW Republic Finance, LLC Document # Amended 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: 23-01092-JAW Order on Application for Compensation Document #18 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01092-JAW Premier Bankcard, LLC Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01092-JAW Premier Bankcard, LLC Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review docket for confirmation hearing to see in any objections need to be addressed | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/19/2023 | Review claims register to plan and determine if we need to file additional claims | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 23-01092-JAW Amended Order Upon Employer Directing Deductions from Pay Document #21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 23-01092-JAW Order Confirming Chapter 13 Plan Document #20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: Proof of Claim 23-01092-JAW First Tower Loan, LLC Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/24/2023 | Telephone call from debtor regarding her monthly payments changing; payments were reduced; reviewed docket, could not see why the change except one creditor amended its POC; drafted memo for KR to further review | 0.20 | $150.00 | $30.00 |
| Service | KR | 07/26/2023 | Drafted 2nd Garnishment Refund Letter | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/28/2023 | Contact Debtor: Telephone conference with debtor; explained why her payment was lower and that her employer has been issued the amended wage order; she was relieved and said they lower amount should show on her next garnishment | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/28/2023 | Contact Debtor: Telephone conference with debtor about needing a copy of the garnishment letter; she will contact her payroll department today and request a copy; once she has a copy she will email it | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/31/2023 | Contact Debtor: Telephone conference with debtor about the garnishment letter she spoke to her employer about; they will email her a copy; as soon as she receives it she will email it to me. | 0.10 | $150.00 | $15.00 |
| Service | KR | 07/31/2023 | Reviewed letter from the Trustee about a Final Notice to file Proof of Claim to Republic Finance that was returned | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/02/2023 | Review file, review and sign letter to creditor re: garnishment preference refund | 0.20 | $350.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-01092-JAW Mississippi Department of Revenue Document # Amended 2 | 0.20 | $350.00 | $70.00 |
| Service | KR | 08/22/2023 | Contact Debtor: Called debtor could not leave a message; drafted email and text requesting a call back to discuss a mailing address for Republic Finance | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/10/2023 | review email from TT re: refund from bank - draft email memo to KR w/ instructions on how to proceed | 0.10 | $350.00 | $35.00 |
| Service | KR | 10/10/2023 | Contact Debtor: Reviewed email from the Trustee's office about the $36 refund from Regions they received. | 0.10 | $150.00 | $15.00 |
| Service | KR | 10/10/2023 | Contact Debtor: Telephone conference with debtor about the $36 refund from Regions that the Trustee received; she would like it to be applied to her case; drafted email to Katrina at the Trustee's office letting her know to apply the funds to the bankruptcy case | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/23/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 2.2 | $350.00 | $770.00 |
| Jacki Curry | Non-Attorney | 0.2 | $150.00 | $30.00 |
| Kerri Rodabough | Non-Attorney | 1.1 | $150.00 | $165.00 |
| | | | **Total** | **$999.80** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4926 | 07/22/2023 | $2,253.31 | $0.00 | $2,253.31 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 5498 | 11/22/2023 | $999.80 | $0.00 | $999.80 |
| | | | **Outstanding Balance** | **$3,253.11** |
| | | | **Total Amount Outstanding** | **$3,253.11** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

ROLLINS LAW FIRM

# INVOICE

Invoice # 9337
Date: 08/06/2026
Due On: 09/05/2026


## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States


Gwendolyn Rivers

## 04684-Rivers Gwendolyn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 10/23/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/25/2023 | Review: 23-01092-JAW Order on Application for Compensation Document #27 | 0.10 | $350.00 | $35.00 |
| Service | KR | 02/26/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Disburse, the proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 03/22/2024 | Review: 23-01092-JAW Order on Generic Motion Document #31 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/29/2024 | Review: 23-01092-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/10/2024 | Review: 23-01092-JAW Amended Order Upon Employer Directing Deductions from Pay Document #34 | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/28/2024 | Incoming Call: Phone conference with debtor stating she would like to purchase a vehicle. Informed the debtor this can take some time due to having to notify the court. Drafted email memo to kr and co. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/28/2024 | Review and respond to email memo: Reviewed email memo from BB re: | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Motion to Incur; drafted email memo to CO explaining the process to incur debt | | | |
| Service | CO | 10/29/2024 | Contact Debtor (Text/Email): Phone conference with debtor regarding her request to incur debt. Debtor stated her current vehicle's motor failed. Proceeded to relay the process and timeline on filing for a motion to incur debt, debtor stated the process took too long and they would explore other options and is no longer interested in incurring debt at this time. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/06/2025 | Incoming Call: Phone conference with debtors employer stating they have received two writs of garnishment for creditors that do not seem to be included in the debtors case. Provided the employer with CO email and requested she email copies of the writs of garnishment for our review. Informed CO. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/07/2025 | Reviewed email from debtor's employer with two writ's of garnishments from Money Man in Lefore County. Reviewed debtor's matrix and claim summary; Drafted email memo to KR. | 0.30 | $100.00 | $30.00 |
| Service | KR | 05/07/2025 | Review and respond to email memo: Reviewed email memo from CO re: garnishment; drafted email memo to CO informing her that filing bankruptcy does not stop the garnishment; if the creditor is not included to get with the debtor to see if she would like us to review the debt to add to her plan | 0.10 | $155.00 | $15.50 |
| Service | CO | 05/08/2025 | Contact Debtor (Text/Email): Reviewed email memo from KR; Drafted email to debtor with the writ of garnishment provided by her employer and their matrix; Requested she review the matrix to make sure the debt was not already included and provided instructions to potentially include this debt in her bankrutpcy. Drafted text to debtor requesting they review my email. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/09/2025 | Call Debtor: Called debtor and left a voicemail informing her employer received a garnishment letter for a | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debt not included in the bankruptcy and requested she review my email and return my call to discuss the matter. | | | |
| Service | JC | 05/13/2025 | Incoming Call: Telephone call from debtor asking for CO; chat memo and call to CO - unavailable; reviewed case notes; reviewed Writ of Garnishment for creditor's name - Quick Cash; asked debtor if she wanted to add the debt to her bankruptcy; she said no, that she will let them garnish it; drafted chat memo to CO informing same. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/06/2026 | Incoming Call: Phone conference with debtor regarding the last payment and the discharge process; also verified all contact information and the completion of the 2nd credit counseling course | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/29/2026 | Review: 23-01092-JAW Release of Wages Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/01/2026 | Incoming Call: Phone conference with debtor inquiring as to why another payment was garnished from her paycheck. Reviewed debtors file in best case. Informed her that the release of wages has been filed and her employer may not have received it at this time. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/01/2026 | Review: 23-01092-JAW Notice Ch 13 Plan Payments Completed Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/01/2026 | Contact Debtor (Text/Email): Drafted Entry for Discharge; drafted email to debtor with the Entry for Discharge to review and sign so we can file with the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/02/2026 | Call Debtor: Phone conference with debtor regarding the Entry for Discharge; assisted with finding the email for her to review and sign the Entry for Discharge; explained discharge process | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/02/2026 | Reviewed signed Entry for Discharge; revised discharged with all signatures and dates; prepared the Entry for Discharge for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/02/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Entry for Discharge with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/15/2026 | Incoming Call: Telephone call from debtor informing her employer is still withholding plan payments from her paycheck; advised her to provide a copy of the Release of Wages to the employer (she said she received it in the mail); informed her that any money received in excess of what is needed to complete her case will be refunded by the trustee. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/29/2026 | Review: 23-01092-JAW Discharge of Debtor(s) After Completion of Chapter 13 Plan Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/15/2026 | Call Debtor: Reviewed voicemail from debtor; phone conference with debtor about her release of wages | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/06/2026 | Draft Fee Application and Proposed Order: Reviewed court docket for previous invoices and orders; reviewed the Trustee's website to verify amount of attorney fees paid; drafted first part of Final Application and lodestar using totals from the invoices and order | 0.30 | $155.00 | $46.50 |
| | | | | | **Services Subtotal** | **$725.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/02/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $20.28 | $20.28 |
| | | | | **Expenses Subtotal** | **$20.28** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.4 | $350.00 | $140.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Clara Ortega | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Kerri Rodabough | Non-Attorney | 1.6 | $155.00 | $248.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$745.28** |
| | | | **Total** | **$745.28** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4926 | 07/22/2023 | $2,253.31 | $0.00 | $2,253.31 |
| 5498 | 11/22/2023 | $999.80 | $0.00 | $999.80 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9337 | 09/05/2026 | $745.28 | $0.00 | $745.28 |
| | | | **Outstanding Balance** | **$3,998.39** |
| | | | **Total Amount Outstanding** | **$3,998.39** |